IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| L.B., a minor, by and through Next Friend, MICHAEL BUSCHMAN, ) ) ) *Plaintiff*, ) ) vs. ) ) JEFFERSON CITY SCHOOL DISTRICT, ) ) ET AL., ) ) *Defendants*. ) | Case No.   2:18-cv-04060-WJE JURY TRIAL DEMANDED |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANT JEFFERSON CITY PUBLIC SCHOOLS' PARTIAL MOTION FOR JUDGMENT ON THE PLEADINGS, AND SUGGESTIONS IN SUPPORT**

COMES NOW Plaintiff, by and through counsel, and without objection from Defendants' counsel hereby moves for an order extending the time for Plaintiff to file her Response to Defendant Jefferson City Public Schools' Partial Motion for Judgment on the Pleadings [Doc. # 4] ("the Motion"), such that the deadline for the filing of Plaintiff's response shall be Friday, April 27, 2018.

**Suggestions in Support of Plaintiff's Motion for Extension of Time**

On April 2, 2018, Defendant filed the Motion, which raises legal challenges to the sufficiency of Count I of the Petition, which Defendants removed from Missouri state court to this Court. Under Local Rule 7.0(c)(2), Plaintiff's response to the Motion is due by April 16, 2018, unless otherwise directed by the Court.

Preparing opposing suggestions that are adequate to address the legal issues raised in the Motion by April 16, 2018, would be practically infeasible in light of the calendar. Plaintiff's

counsel is scheduled for oral argument in the 8th Circuit Court of Appeals in Case No. 17-2260 on April 11, 2018.  *See* Exhibit A.  Plaintiff's counsel is also scheduled for a two-day Due Process Hearing on April 16-17, 2018.  *See* Exhibit B.

Under the circumstances, given the legal issues raised in the Motion, and out of respect for the Court's right to be well-informed on the issues for its consideration, justice requires that the time to respond to the Motion be extended to Friday, April 27, 2018.  Plaintiff's counsel has conferred with Defendant's counsel, who stated that he has no objection to this Motion.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter an order granting Plaintiff an extension of time—to wit, until April 27, 2018—to file the Response to the Motion [Doc. # 4].

                                              RESPECTFULLY SUBMITTED

                                              */s/ Daniel J. Rhoads*
                                              Daniel J. Rhoads, 59590 MO
                                              **THE RHOADS FIRM, LLC**
                                              12741 St. Charles Rock Rd.
                                              St. Louis, MO 63044
                                              Phone:  (314) 225-8848
                                              Fax:  (314) 754-9103
                                              therhoadsfirmllc@gmail.com

                                              *Attorney for Plaintiff*
                                              *L.B., a minor, by and through*
                                              *Next Friend, Michael Buschman*

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was filed electronically with the Clerk of the Court on April 5, 2018, to be served by operation of the Court's electronic filing system upon:

Christopher Rackers
Ryan Bertels
Schreimann, Rackers & Francka, LLC
931 Wildwood Dr., Suite 201
Jefferson City, MO 65109
cpr@srfblaw.com
rb@srfblaw.com

*Attorneys for Defendants*

                                                                       /s/ Daniel J. Rhoads

Page **3** of **3**

Case 2:18-cv-04060-BCW    Document 5    Filed 04/05/18    Page 3 of 3