# U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

| | |
|---|---|
| L.B., a minor, by and through Next Friend, MICHAEL BUSCHMAN, ) ) ) Plaintiff, ) ) vs. ) ) JEFFERSON CITY SCHOOL ) DISTRICT, et al., ) ) Defendants. ) | Case No: 2:18-cv-04060-WJE |

## CERTIFICATE OF MAILING

The undersigned hereby certifies that Defendants Jefferson City Public Schools and Robert James' First Interrogatories and First Request for Production of documents to Plaintiff were mailed via prepaid U.S. mail on May 25, 2018, to Daniel Rhoads, Rhoads Law Firm, LLC, 12741 St. Charles Rock Rd., St. Louis, MO 63044, attorney for Plaintiff.

Respectfully Submitted,

SCHREIMANN, RACKERS
& FRANCKA, L.L.C.

/s/ Ryan Bertels
Christopher P. Rackers, #41894
Ryan Bertels, #55167
931 Wildwood Drive, Suite 201
Jefferson City, MO 65109
573-634-7580
Fax: 573-635-6034
rb@srfblaw.com

Attorneys for Defendants Jefferson City Public Schools and Robert James

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the above and foregoing was served upon all parties of record, via the Court's filing system on May 25, 2018.

                                  /s/ Ryan Bertels