| | |
|---|---|
| L.B., a minor, by and through ) <br> Next Friend, MICHAEL BUSCHMAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JEFFERSON CITY SCHOOL ) <br> DISTRICT, et al., ) <br> ) <br> Defendants. ) | Case No: 2:18-cv-04060-BCW |

## DEFENDANTS' MOTION TO EXCEED
## PAGE LIMITS SET FORTH IN LOCAL RULE 7.0

COME NOW Defendants, by and through their attorneys, and for their Motion to Exceed Page Limits Set Forth in Local Rule 7.0 state as follows:

1. The argument section Defendants' Suggestions in Support of their Motion for Summary Judgment totals approximately 23 pages. This excludes the Table of Contents, Table of Authorities and Statement of Facts.

2. In this case there are 6 counts brought pursuant to federal and state law against 2 defendants, all of which require a discussion of the appropriate law and facts applicable to the respective claim. These discussions include topics under Missouri law of failure to exhaust administrative remedies, official immunity, public duty doctrine, the Coverdell Teacher's Protection Act, negligence, and claims of discrimination under the Missouri Human Rights Act. These discussions also include analysis of the law of Plaintiff's 42 U.S.C. §1983 federal claim. These discussions sometimes require different

analysis for an entity defendant such as the Jefferson City School District, than they do for an individual defendant such as Defendant James.

3. Local Rule 7.0 limits the argument section of Suggestions in Support of a Summary Judgment Motion to 15 pages, absent leave of the Court.

4. Due to the number of claims and defenses in this matter, Defendants request leave to file an Argument section of Defendant's Suggestions in Support of their Motion for Summary Judgment in excess of 15 pages.

5. Defendants' Counsel has spoken with Plaintiff's Counsel regarding this Motion. Plaintiff's counsel stated he would not be taking a position on Defendant's Motion to Exceed Page Limit.

6. This request is not being made to harass the other side, or to burden the Court, but rather to get all necessary information before the Court.

WHEREFORE Defendants respectfully requests the Court grant them leave to file its Suggestions in Support of Motion for Summary Judgment, which exceeds the jurisdictional page limit.

Respectfully Submitted,

SCHREIMANN, RACKERS &
FRANCKA, L.L.C.

/s/ Ryan E. Bertels
Ryan E. Bertels, #55167
931 Wildwood Drive, Suite 201
Jefferson City, MO 65109
573-634-7580
573-635-6034 (facsimile)
rb@srfblaw.com

Attorneys for Defendant

# CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the above and foregoing was served upon all parties of record, via the Court's filing system on October 23, 2018.

/s/ Ryan E. Bertels
Ryan E. Bertels