IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| L.B., a minor, by and through Next Friend, MICHAEL BUSCHMAN, | ) ) ) | |
| *Plaintiff*, | ) ) | Case No. 2:18-cv-04060-BCW |
| vs. | ) ) | |
| JEFFERSON CITY SCHOOL DISTRICT, <u>ET AL.</u>, | ) ) ) ) | JURY TRIAL DEMANDED |
| *Defendants*. | ) | |

## PLAINTIFF'S MOTION TO EXCEED PAGE LIMITS AND NOTICE REGARDING SERVICE UNAVAILABILITY

COMES NOW Plaintiff, by and through counsel, and hereby moves for an Order granting Plaintiff leave to exceed the page limit set forth in the Local Rules of the United States District Court for the Western District of Missouri ("the Local Rules"). In support of this Motion, Plaintiff states:

1. The Local Rules limit suggestions opposing motions for summary judgment to 15 pages. L.R. 7.0(d)(1)(B).

2. Defendants' Suggestions in Support of Their Motion for Summary Judgment are twenty pages long and raise many substantive legal issues that Plaintiff's Suggestions in Opposition must address.

3. Previously, the Court granted leave to Defendants to exceed the page limit by five pages [Doc. # 69].

4. An additional five pages over the 15-page limit set by the Local Rules is necessary for Plaintiff to address adequately the issues raised in Defendants' Suggestions.

5. Plaintiff's counsel has conferred with Defendants' counsel about this Motion. Defendants' counsel would not object to exceeding the page limit by five pages.

6. Further, the Court has posted notice of the unavailability of the CM/ECF service beginning this Friday, November 16, 2018, which is the due date for Plaintiff's Suggestions in Opposition. *See* Exhibit A.

7. Plaintiff anticipates trying to file her Suggestions in Opposition during the unavailability period. Counsel is uncertain what happens when a filing is attempted during unavailability. If the filing fails, counsel will be diligent in re-filing as soon as practicable after the service becomes available.

WHEREFORE, Plaintiff respectfully requests that the Court grant her leave to exceed the page limit by five pages and grant any relief that is necessary and appropriate due to the CM/ECF service unavailability.

RESPECTFULLY SUBMITTED

*/s/ Daniel J. Rhoads*
Daniel J. Rhoads, 59590 MO
**THE RHOADS FIRM, LLC**
3703 Watson Rd.
St. Louis, MO 63109
Phone: (314) 225-8848
Fax: (314) 754-9103
therhoadsfirmllc@gmail.com

*Attorney for Plaintiff*
*L.B., a minor, by and through*
*Next Friend, Michael Buschman*

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was filed electronically with the Clerk of the Court on November 14, 2018, to be served by operation of the Court's electronic filing system upon:

Christopher Rackers
Ryan Bertels
Schreimann, Rackers & Francka, LLC
931 Wildwood Dr., Suite 201
Jefferson City, MO 65109
cpr@srfblaw.com
rb@srfblaw.com

*Attorneys for Defendants*

                                                                */s/ Daniel J. Rhoads*