BILL OF COSTS
EXHIBIT A

| DATE | CHARGE | BILLED |
|---|---|---|
|  | Deposition Transcripts |  |
| 9/12/2017 | Lisa Hennon - transcript of J. Buschman sentencing | $ 105.00 |
| 8/10/2018 | Esquire - depo of L.B. | $ 550.69 |
| 9/4/2018 | Esquire - depo of Jereome Buschman | $ 301.16 |
| 9/26/2018 | Esquire - depos of Michael and Shelly Buschman | $ 750.58 |
| 9/27/2018 | Alaris Litigation - depo of Diane Barnes | $ 522.78 |
| 9/13/2018 | 360 Litigation - depo of Robert James | $ 266.19 |
|  | Service Fees |  |
| 9/24/2018 | Service of subpoena on Diane Barnes | $ 60.00 |
|  | Mediation Fees |  |
| 6/19/2018 | Ford, Parshall & Baker - 1/2 mediation fees | $ 630.00 |
|  | TOTAL: | $ 3,186.40 |