IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| L.B., a minor, by and through Next Friend, MICHAEL BUSCHMAN, <br><br> *Plaintiff*, <br><br> vs. <br><br> JEFFERSON CITY SCHOOL DISTRICT, <br><br> <u>ET AL.</u>, <br><br> *Defendants*. | Case No. 2:18-cv-04060-BCW |

## <u>NOTICE OF APPEAL</u>

NOTICE is hereby given that the Plaintiff in the above named case hereby appeals to the United States Court of Appeals for the Eighth Circuit from the opinion and Order [Doc. # 79] and the Judgment in a Civil Action of dismissal [Doc. # 80] entered in this action on the 31st day of May, 2019.

RESPECTFULLY SUBMITTED

 /s/ Daniel J. Rhoads
Daniel J. Rhoads, 59590 MO
**THE RHOADS FIRM, LLC**
3703 Watson Rd.
St. Louis, MO 63109
Phone: (314) 225-8848
Fax: (314) 754-9103
therhoadsfirmllc@gmail.com

*Attorney for Plaintiff*
*L.B., a minor, by and through*
*Next Friend, Michael Buschman*

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was filed electronically with the Clerk of the Court on July 1, 2019, to be served by operation of the Court's electronic filing system upon:

Christopher Rackers
Ryan Bertels
Schreimann, Rackers & Francka, LLC
931 Wildwood Dr., Suite 201
Jefferson City, MO 65109
cpr@srfblaw.com
rb@srfblaw.com

*Attorneys for Defendants*

                                               */s/ Daniel J. Rhoads*

Page **2** of **2**

Case 2:18-cv-04060-BCW   Document 83   Filed 07/01/19   Page 2 of 2