# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

August 28, 2020

Mr. Daniel J. Rhoads
THE RHOADS FIRM
3703 Watson Road
Saint Louis, MO  63109

RE:  19-2502  L.B. v. Jefferson City School District, et al

Dear Mr. Rhoads:

Upon further review, the party John Doe was determined not to be a party to this matter. The caption has been updated accordingly.

Should you require additional information, please do not hesitate to contact our office.

Michael E. Gans
Clerk of Court

AEV

Enclosure(s)

cc: Mr. Ryan Eugene Bertels
Ms. Kaci R Peterson
Mr. Christopher Perry Rackers
Ms. Paige A. Wymore-Wynn

District Court/Agency Case Number(s):  2:18-cv-04060-BCW

**Caption For Case Number: 19-2502**

**August 28, 2020**

District Court/Agency Case Number(s): 2:18-cv-04060-BCW

**L.B., by and through next friend, Michael Buschman**

    **Plaintiff - Appellant**

**v.**

**Jefferson City School District, properly named Jefferson City Public Schools, formerly known as Jefferson City Public School District; Robert James**

    **Defendants - Appellees**

**John Doe**

    **Defendant**