# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 19-2502
_____

L.B., by and through next friend, Michael Buschman

Plaintiff - Appellant

v.

Jefferson City School District, properly named Jefferson City Public Schools, formerly known as Jefferson City Public School District; Robert James

Defendants - Appellees

John Doe

Defendant

_____

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:18-cv-04060-BCW)
_____

**JUDGMENT**

Before KELLY, WOLLMAN and STRAS, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

January 11, 2021

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans

Case 2:18-cv-04060-BCW   Document 88   Filed 01/11/21   Page 1 of 1
Appellate Case: 19-2502   Page: 1   Date Filed: 01/11/2021 Entry ID: 4992691